*The collection of the Goods of* DAVID PATULLO.

UPON on appeal taken from an order of the Surrogate, the Surrogate will not approve a paper which is not an appeal bond such as is required by statute on appeals.

The Surrogate, on the petition of a person claiming to be a creditor of the estate, had appointed Edward Schell, Collector or Special Administrator of the goods chattels and credits of the intestate, a contest having taken place as to the right of administration, and a delay being then apparently inevitable in the issuing of general letters of administration. From the order appointing a Collector, the Public Administrator in the city of New York appealed, and tendered an instrument purporting

to be a bond of appeal, for the approval of the Surrogate. The Surrogate refused to approve or file the bond, because it was made " To the People of the State of New York," (3 *R. S.*, *5th ed.*, *p.* 906, § 26), and returned it to the Administrator.

A second instrument was then tendered as a bond on appeal, which was made to Hugh Ferrigan, who was only one of the parties interested in maintaining the order of the Surrogate; and the Surrogate refused to approve or file this also, and returned it. (5 *Abbott's Digest*, *pp.* 141–2, § 66.)

A third instrument was tendered as a bond on appeal, after the expiration of thirty days from the entry of the order appealed from. This, also, the Surrogate declined to approve and file, and returned. (5 *Abbott's Digest*, *p.* 143, § 80.)

The Public Administrator thereupon abandoned the appeal.